UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY M. CARRERA,<br><br>          Plaintiff<br><br>    v.<br><br>D. CAVINESS, et al.,<br><br>          Defendants. | Case No. 5:23-cv-00170-FMO (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint [Dkts. 1 – 1.3], all relevant documents filed and lodged in this action, the motion to dismiss filed by Defendants [Dkt. 11, "Motion"], Plaintiff's Opposition to the Motion [Dkt. 13] and Defendants' Reply [Dkt. 14], and the Report and Recommendation of United States Magistrate Judge [Dkt. 22, "Report"].  The time for filing Objections to the Report has passed and no Objections have been received by the Court.

Having completed its review, the Court accepts the findings, conclusions, and recommendations set forth in the Report.

Accordingly, **IT IS ORDERED** that:  the Motion is GRANTED; the Fourth Amendment claim, official capacity claims, injunctive relief requests, and claims against Defendant Warden Holbrook alleged in the Complaint are dismissed without

leave to amend; the procedural due process and Eighth Amendment claims alleged in the Complaint are dismissed with leave to amend; and if Plaintiff wants to have this action proceed, he shall file and serve a First Amended Complaint within thirty (30) days of this Order that corrects the defects of the original Complaint that are described in the Report.

Plaintiff is advised that the failure to comply with this Order in a timely manner may result in the dismissal of this case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATE:  November 20, 2023

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

2