JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TONY M. CARRERA,

        Plaintiff

        v.

D. CAVINESS, et al.,

        Defendants.

Case No. 5:23-cv-00171-FMO (GJS)

**JUDGMENT**

    Pursuant to the Court's Order Dismissing Action Without Prejudice,

    IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:  January 19, 2024

_____/s/_____

FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE